**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Patrick Levier
Louisiana State Penitentiary DOC No. 533
Ash-4
Angola LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 11, 2026

**REHEARING ACTION: March 9, 2026**

**Docket Number: 25   00462-CW**

**PATRICK LEVIER
VERSUS
ELBERT LEE GUILLORY**

**Writ Application from Lafayette Parish Case No. 0-20086366 J**

**BEFORE JUDGES:**

>   Hon. Van H. Kyzar
>   Hon. Guy E. Bradberry
>   Hon. Clayton Davis

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Patrick Levier** is

>   **Rehearing Application Not Considered. See Uniform Rules, Courts
>   of Appeal, Rule 2-18.7**

cc: Elbert Lee Guillory, Counsel for  the Respondent